IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH D. THOMAS, | : | |
| Plaintiff, | : | Civil Action 2:09-cv-1158 |
| v. | : | Judge Smith |
| GREAT LAKES HIGHER EDUCATION LOANS, | : | Magistrate Judge Abel |
| | : | |
| Defendant. | | |

ORDER

On January 19, 2010, the Magistrate Judge issued an initial screening report and recommendation (Doc. 3). In it, he found that the documents Plaintiff filed to initiate this action were not a complaint, and that it failed to contain "a short and plain statement of the grounds upon which the court's jurisdiction depends". The Magistrate Judge noted that Plaintiff previously filed identically captioned Case No. 2:09-cv-732 against the same defendant, and that Plaintiff failed to appeal the dismisasl of that action. In the initial screening report and recommendation in this case, the Magistrate Judge gave Plaintiff thirty days to amend his complaint to state a basis for this court exercising subject matter jurisdiction. Plaintiff did not amend his complaint, and did not file objections to the report and recommendation.

Accordingly, upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the initial screening report and

1

recommendation (Doc. 3). The Clerk of Court is **DIRECTED** to enter **JUDGMENT** dismissing this case because the complaint fails to plead a short and plain statement of the grounds upon which the court's jurisdiction depends.

<pre>
                                /s/ GEORGE C. SMITH
                                GEORGE C. SMITH, JUDGE
                                UNITED STATES DISTRICT COURT
</pre>